IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3133 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A telephone conference with counsel was held this date pursuant to Fed. R. Civ. P. 16.  Counsel informed the court they had agreed to submit this case on cross motions for summary judgment, based on the record.  Accordingly,

IT IS ORDERED:

1.  The extant progression order, filing 6, is withdrawn and set aside.

2.  Defendant shall file the administrative record on or before November 4, 2005.

3.  The parties shall file their motions for summary judgment on or before November 22, 2005.

4.  Responses to the motions shall be filed on or before December 13, 2005.

5.  No reply briefs shall be filed without order of the court, and the case shall be deemed submitted at the conclusion of this briefing schedule.

6.  On or before October 14, 2005 counsel for the parties shall advise the undersigned by letter of their settlement discussions, proposals for settlement, blocks to settlement, and the likelihood that such discussions will be successful in resolving this dispute.

DATED this 20th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge