IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3133 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to file administrative record under seal, filing 16, is granted.

DATED this 4th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge