IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS L. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3133 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | ORDER |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties' have jointly advised the court that settlement negotiations are on-going and have jointly moved to continue the deadline for filing motions for summary judgment herein.  Filing 19.

IT THEREFORE HEREBY IS ORDERED:  The parties' joint motion for continuance, filing 19, is granted, and

1.  The parties shall file their motions for summary judgment on or before December 22, 2005.

2.  Responses to the motions shall be filed on or before January 13, 2006.

3.  No reply briefs shall be filed without order of the court, and the case shall be deemed submitted at the conclusion of this briefing schedule.

DATED this 16th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge